# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY JON PENN,<br><br>               Petitioner,<br><br>   v.<br><br>JOSIE GASTELO, Warden,<br><br>               Respondent. | Case No. 5:19-cv-01266-PSG-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Petitioner's objections to the Report and Recommendation, which the Court received and filed on October 2, 2020 ("Objections"). (Objs., ECF No. 13.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.

In his Objections, Petitioner asserts that the Magistrate Judge overlooked the holding of *People v. Vargas*, 59 Cal. 4th 635 (2014). (Objs. 1). However, the Magistrate Judge discussed *Vargas* and explained that this state court decision does

not entitle Petitioner to federal habeas relief. (*See* R&R, ECF No. 9, at 14–16). The Magistrate Judge correctly concluded that federal habeas relief generally is not available for state law errors, *see Estelle v. McGuire*, 502 U.S. 62, 67–68 (1991), and the state court decisions applying *Vargas* here were not arbitrary, capricious, or fundamentally unfair, so as to violate Petitioner's federal due process or Eighth Amendment rights, *see Richmond v. Lewis*, 506 U.S. 40, 50 (1992); *see also Christian v. Rhode*, 41 F.3d 461, 469 (9th Cir. 1994) ("Absent a showing of fundamental unfairness, a state court's misapplication of its own sentencing laws does not justify federal habeas relief.").

The Court further agrees with the Magistrate Judge that granting leave to amend would be futile because Petitioner's proposed new claims are both unexhausted and meritless. *See Caswell v. Calderon*, 363 F.3d 832, 837–39 (9th Cir. 2004) (conducting a two-part futility analysis reviewing both exhaustion of state court remedies and the merits of the proposed claim). Accordingly, Petitioner's motion for leave to amend is DENIED.

The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: 10/27/2020

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE