JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY JON PENN, <br><br> Petitioner, <br><br> v. <br><br> JOSIE GASTELO, Warden, <br><br> Respondent. | Case No. 5:19-cv-01266-PSG-MAA <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10/27/2020

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE